ALAN A. REUTER, ESQUIRE
**NASH LAW FIRM, LLC**
**1001 MELROSE AVENUE, SUITE A**
**BLACKWOOD, NEW JERSEY 08012**
TEL.: (856) 228-2206
FAX: (856) 228-1885
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUAN NOLASCO,<br><br>　　　　　Plaintiff,<br><br>　　　vs<br><br>LANDMARK AMERICANA TAP & GRILL,<br><br>　　　　　Defendant. | Civil Action<br><br>DOCKET NO.: 2:14-cv-5642<br><br>**DISCLOSURE STATEMENT FORM** |

The undersigned counsel for Landmark University City, LLC (incorrectly plead as Landmark Americana Tap & Grill), certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

OR

XX This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

　　　　　　　　　　　　　　　　　　　　　　**NASH LAW FIRM, LLC**

Date: December 1, 2014　　　　　　　　　　　_/s/ Alan Reuter_____
　　　　　　　　　　　　　　　　　　　　　　Alan Reuter, Esq.
　　　　　　　　　　　　　　　　　　　　　　ID#: AR0197
　　　　　　　　　　　　　　　　　　　　　　1001 Melrose Avenue
　　　　　　　　　　　　　　　　　　　　　　Blackwood, NJ 08012
　　　　　　　　　　　　　　　　　　　　　　856-228-2206
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant